No. 68575.—International Rectifier Corp. et al. *v.* United States, protests 63/11934, etc. (Los Angeles).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of multimeters, milliammeters, or volt-ohm-milliampere meters similar in all material respects to those the subject of *United States* v. *G. L. Electronics, Inc., Arrow Sales, Inc.* (49 CCPA 111, C.A.D. 804), the claim of the plaintiffs was sustained.

MAY 18, 1964.

No. 68576.—APPEAL 5162.—United States *v.* Amity Fabrics, Inc.— C.D. 2416. Appeal dismissed April 1, 1964.

BEFORE THE SECOND DIVISION, MAY 25, 1964

No. 68577.—F. B. Vandegrift & Co., Inc. *v.* United States, protest 294193–K (Philadelphia).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 CCPA 152, C.A.D. 750), the claim of the plaintiff was sustained.

No. 68578.—American Shipping Co., Inc. *v.* United States, protest 63/4234 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of copper engravers' plates, not ground, the claim of the plaintiff was sustained.